# Court of Appeals
# of the State of Georgia

ATLANTA,____March 20, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1286.  TANEASHIA BROWN v. MARK BUTLER.**

In this direct appeal, Taneashia Brown seeks review of the superior court's order affirming the decision of the Georgia Department of Labor denying her claim for unemployment benefits.  However, OCGA § 5-6-35 (a) (1) requires that appeals from orders of superior courts reviewing decisions of state administrative agencies must be made by timely application for discretionary review.  See *Jamal v. Thurmond*, 263 Ga. App. 320 (587 SE2d 809) (2003); *Dept. of Corrections v. Mack*, 217 Ga. App. 862 (459 SE2d 573) (1995).  Because Brown failed to file an application for discretionary review, this Court lacks jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/20/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*